# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARIA RUBI MONSIVAIS, | Case No. 1:15-cv-01930-SAB-HC |
|---|---|
| Petitioner, | ORDER DIRECTING CLERK OF COURT TO REFUND OVERPAYMENT IN FILING FEE |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Petitioner, represented by counsel, has filed a petition for writ of coram nobis pursuant to 28 U.S.C. § 1651, wherein she challenges her 2006 conviction in this Court for Aiding and Abetting the Production of a False Official Certificate, in violation of 18 U.S.C. §§ 2 and 1018.

Petitioner has paid a filing fee of $400.00, but the filing fee for such a petition is $5.00.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court refund $395.00 to Petitioner, which reflects the overpayment of that amount in the filing fee.

IT IS SO ORDERED.

Dated: __January 7, 2016__

UNITED STATES MAGISTRATE JUDGE

1